ANDREW RANDOLPH *vs.* COMMONWEALTH. February 4, 1997. *Supreme Judicial Court,* Appeal from order of single justice.

This is a purported appeal under S.J.C. Rule 2:21, 421 Mass. 1303 (1995), from the denial of relief by a single justice of this court under G. L. c. 211, § 3. The petitioner asserts in that request for relief that he has not been successful in the trial court in gaining access to certain exculpatory evidence and materials; requests the holding of a "competency inquiry" concerning the complainant; and, alleges bias in the judiciary concerning the petitioner's custody status or location. The petitioner has not demonstrated, as is required by rule 2:21 (2), that review on appeal from any final adverse judgment in the trial court will not adequately protect his interests.

*Judgment affirmed.*

The case was submitted on the papers filed, accompanied by a memorandum of law.

*Andrew Randolph,* pro se.